IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUFUS THOMPKINS, | ) | No. C 08-4671 JSW (PR) |
| Petitioner, | ) | |
| vs. | ) | **ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE** |
| B. CURRY, Warden, | ) | |
| Respondent. | ) | (Docket No. 6) |

  Petitioner, a prisoner of the State of California has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Respondent has filed an answer. Petitioner has filed a motion seeking an extension of time to file a traverse to Respondent's answer to the petition (docket no. 6). Good cause appearing, his request for an extension of time is GRANTED (docket no. 6). Petitioner's traverse is deemed timely filed. The petition is now submitted for consideration on the merits.

  IT IS SO ORDERED.

DATED: October 30, 2009

                _____
                JEFFREY S. WHITE
                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS THOMPKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B. CURRY et al,<br><br>　　　　Defendant.　　　　　　　　／ | Case Number: CV08-04671 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rufus Thompkins D33938
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

Dated: October 30, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk